IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ADAM S. RANEY,

    Plaintiff,

v().

    Case No. 21-cv-485-bbc

ANDREW TAYLOR, CHRISSY TAYLOR, and KEEFE GROUP, LLC,

    Defendants.

---

JUDGMENT IN A CIVIL CASE

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | January 28, 2022 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |